showing use of Plaintiff's DURACOAT and LAUER marks along with the URL for Defendant, www.cerakoteguncoatings.com. The results of the Google search were as follows:





Plaintiff attaches true and correct copies of screen captures as **Exhibit C**.

12. Plaintiff retained an investigator in the Chicago metropolitan area to confirm its Google search engine results. Plaintiff's investigator searched "duracoat kit" and "Lauer Custom Weaponry" using the Google search engine. In return for the search prompt "duracoat kit" the investigator was served up an advertisement with the headline, "DURACOAT KIT – #1 in Custom Firearm Coatings" and a hyperlink to www.cerakoteguncoatings.com/. In return for the search prompt "LAUER CUSTOM WEAPONRY" the investigator was served up an advertisement with the headline "LAUER CUSTOM WEAPONRY - #1 in Firearm Coatings" and a hyperlink to www.cerakoteguncoating.com/. Here are screen captures of those results from Plaintiff's investigator: