damages or statutory damages; corrective advertising; and award of attorneys' fees, expenses and costs; such other and further relief as it shall deem just.

3. Where the Court finds Defendant liable for a violation under Count Five, Plaintiff prays that the Court provide preliminary and permanent injunctions; award of attorneys' fees, expenses and costs; such other and further relief as it shall deem just.

4. Where the Court finds Defendant liable for a for a violation under Count Six, Plaintiff prays that the Court provide preliminary and permanent injunctions; compensatory and punitive damages; corrective advertising; such other and further relief as it shall deem just.

Respectfully submitted,

James Michael Faier, M.P.P., M.B.A., J.D.
Registered Patent Attorney (USPTO #56,731)

*Attorney for Plaintiff*

Faier & Faier P.C.
566 W. Adams St., Suite 600
Chicago, IL 60661
Direct Dial Telephone: 312-382-9400
Facsimile: 312-382-9800
Email: jmfaier@faier.com

Exhibits

A.   A true and correct copy of the Registration Certificate for United States Patent and Trademark Office Registration Number 2,861,427 for the trademark DURACOAT®;

B.   A true and correct copy of the status page for the United States Patent and Trademark Office Registration Number 2,861,427 for the trademark DURACOAT®;

C.   True and correct copies of screen captures taken by Plaintiff.

D.   True and correct copies of screen captures taken by Plaintiff's investigator in Rolling Meadows, Illinois.

E.   A true and correct copy of the homepage of www.cerakoteguncoatings.com taken by Plaintiff's investigator in Rolling Meadows, Illinois.

F.   A true and correct copy of the shipping box and shipping bill from Defendant issued to Plaintiff's investigator that arrived with investigator's order in Rolling Meadows, Illinois.

###